UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60229-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EDWARD JEREMAINE WHITFIELD,

        Defendant.

_____/

## ORDER

This matter is before the Court upon Defendant Edward Whitfield's Motion to Sever Count Eight of the [Superseding] Indictment [D.E. 192], pursuant to an Order of Referral to me by the Honorable William J. Zloch. [D.E. 193]. Defendant reports that the Government opposes Defendant's Motion. *See* D.E. 192 at 3. In view of the Government's opposition and the Calendar Call set in this matter for September 18, 2009, it is hereby **ORDERED AND ADJUDGED** that the United States shall file a response to Defendant's Motion by **August 17, 2009.**

**DONE AND ORDERED** this 7th day of August, 2009.

_____
ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:    Hon. William J. Zloch
       Counsel of Record