```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 08-60229-CR-ZLOCH
```

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                  **O R D E R**

EDWARD JEREMAINE WHITFIELD,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Report And Recommendation (DE 203) filed herein by United States Magistrate Judge Robin S. Rosenbaum. No objections have been filed to said Report. The Court has conducted a <u>de</u> <u>novo</u> review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report And Recommendation (DE 203) filed herein by United States Magistrate Judge Robin S. Rosenbaum, be and the same is hereby approved, ratified and adopted by the Court; and

    2. Defendant Edward Jeremaine Whitfield's Motion To Sever Count Eight Of The Indictment (DE 192) be and the same is hereby **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    18th    day of September, 2009.

                                            *[signature]*
                                    WILLIAM J. ZLOCH
                                    United States District Judge

Copies furnished:

The Honorable Robin S. Rosenbaum
United States Magistrate Judge

All Counsel of Record